# United States Court of Appeals
## For the First Circuit

No. 20-1187

ISMAEL BEY,

Plaintiff - Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS; KYLE P. GRIFFIN, Policy Enforcer; KEVIN GRIFFIN, Policy Enforcer; RICHARD, Policy Enforcer,

Defendants - Appellees.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: January 11, 2021

This matter is before the court on plaintiff-appellant's response to this court's order to show cause as to why this appeal should not be dismissed for lack of finality. With his response, plaintiff-appellant has identified no final appealable order and has identified no exception that otherwise might render the order(s) he designated in the operative notice of appeal sufficiently final for immediate appeal. See generally 28 U.S.C. §§ 1291, 1292. The appeal, therefore, is dismissed.

Appeal dismissed. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Ismael Bey
Maura T. Healey