# United States Court of Appeals
## For the First Circuit

No. 20-1187

ISMAEL BEY

Plaintiff - Appellant

v.

COMMONWEALTH OF MASSACHUSETTS; KYLE P. GRIFFIN, Policy Enforcer; KEVIN GRIFFIN, Policy Enforcer; RICHARD, Policy Enforcer

Defendants - Appellees

**MANDATE**

Entered: February 1, 2021

In accordance with the judgment of January 11, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ismael Bey
Maura Tracy Healey