# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1148

ISMAEL BEY,

Plaintiff - Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS; KYLE P. GRIFFIN, Policy Enforcer; KEVIN GRIFFIN, Policy Enforcer; RICHARD, Policy Enforcer,

Defendants - Appellees.

———————————

**JUDGMENT**

Entered: May 19, 2021
Pursuant to 1st Cir. R. 27.0(d)

By notice issued April 28, 2021 appellant was notified that he was in default for failure to file an opening brief and appendix. Appellant was warned that unless a brief and appendix was filed by May 12, 2021 his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief and appendix, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Ismael Bey
Maura Tracy Healey